IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROILNA
WESTERN DIVISION
No. 5:17-CV-485-FL

| UNITED STATES OF AMERICA, | ) |  |
|---|---|---|
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) |  |
| v. | ) | ORDER ALLOWING STAY |
|  | ) |  |
| $40,000.00 IN U.S. CURRENCY, | ) |  |
|  | ) |  |
| Defendant. | ) |  |

On motion of the United States of America, and for good cause shown, it is hereby

ORDERED that the discovery deadlines in this case be stayed pending the Court's decision on the motion for summary judgment that has been filed in companion case <u>United States v. $40,000.00 U.S. Currency</u>, No. 5:17-CV-398-FL (E.D.N.C.).

IT IS FURTHER ORDERED that a new deadline to file the parties' Joint Report and Plan be filed within 14 days after such decision.

So Ordered this 15th day of August, 2018.

_____
LOUISE W. FLANANGAN
United States District Judge

1